175 So.2d 646

**Mary Jane BOZYONE, individually and on behalf of her minor daughter, Mary Merline Bozyone,**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

No. 47779.

June 10, 1965.

In re: State Farm Mutual Automobile Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Evangeline. 173 So.2d 300.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

175 So.2d 646

**Emerlyon Ada Alex SCOTT**

v.

**John SCOTT, Jr.**

No. 47787.

June 10, 1965.

In re: Emerlyon Ada Alex Scott applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 174 So.2d 193.

The application is denied. The judgment complained of is correct.

175 So.2d 646

**C. K. McWILLIAMS, administrator for the minor, Frances Jan McWilliams, and C. K. McWilliams,**

v.

**ARGONAUT SOUTHWEST INSURANCE COMPANY et al.**

No. 47792.

June 10, 1965.

In re: C. K. McWilliams, individually, and C. K. McWilliams, as administrator for the minor, Frances Jan McWilliams, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Webster. 174 So.2d 201.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

175 So.2d 646

**George RHODES**

v.

**INSURANCE COMPANY OF NORTH AMERICA et al.**

No. 47793.

June 10, 1965.

In re: George Rhodes applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 174 So.2d 195.

Writ refused. On the facts found by the Court of Appeal the judgment is correct.